# Exhibit 1

| | |
|---|---|
| **From:** | Ralph Sutton |
| **To:** | Raskin, Mark (US); Jeremy Pitcock |
| **Subject:** | Introduction & Referral |
| **Date:** | Wednesday, February 2, 2022 2:04:28 PM |

Mark, please meet our good friend Jeremy Pitcock, who may have engagements well suited to you guys.

Please take from here!

Best, Ralph

Ralph J. Sutton
Chief Executive Officer
Validity Finance, LLC

Rockefeller Center
1270 Avenue of the Americas
9th Floor
New York, NY 10020
M 646.644.8366
validityfinance.com

# Exhibit 2

(Fully Redacted)

# Exhibit 3

| | |
|---|---|
| **From:** | Jeremy Pitcock |
| **To:** | Raskin, Mark (US); Bradley D. Liddle |
| **Subject:** | Discussion |
| **Date:** | Wednesday, February 9, 2022 3:40:36 PM |

Mark and Brad,

Allow me to briefly introduce you to one another. Brad is working on several patent projects with me, including G+ and LED Wafer, which both have Chinese aspects. Mark comes highly recommended from Validity, and I would like potentially to use his firm to deal with (at least) the Chinese issues in those two cases.

I think you both are available for a call at 10AM on Friday. Let me know if that works and we can set something up.

Best regards,

Jeremy

# Exhibit 4

| | |
|---|---|
| **From:** | Bradley D. Liddle |
| **To:** | Raskin, Mark (US) |
| **Subject:** | LED Wafer Solutions |
| **Date:** | Saturday, February 12, 2022 8:35:20 AM |
| **Attachments:** | image001.png |
| | 2020.12.30_LED Wafer Solutions_CoCounselAgreement_Rev.A_Clean.pdf |

Mark – see attached. Per our discussion, this is the co-counsel agreement that we executed with PH. What other info do you need?



**Bradley D. Liddle | Partner**
bliddle@carterarnett.com
D: 214.431.4990
F: 214.550.8185
www.carterarnett.com

8150 N. Central Expressway, Suite 500, Dallas, Texas 75206

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you have received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

# Exhibit 5

(Fully Redacted)

# Exhibit 6

(Fully Redacted)

# Exhibit 7

| | |
|---|---|
| **From:** | Jeremy Pitcock |
| **To:** | Raskin, Mark (US) |
| **Subject:** | Re: Checking in |
| **Date:** | Wednesday, March 2, 2022 5:07:25 PM |

Strange coincidence -- I just spoke to Ralph and he is excited to be involved in the EI case. He knows and approves of LED Wafer -- he was the one who recommended you.

Best regards,

Jeremy

On Wed, Mar 2, 2022, 4:32 PM Raskin, Mark (US) <mark.raskin@us.kwm.com> wrote:

Hi Jeremy.

Just got the draft for LED. I also asked Ben for G+ and EI so we can get them all to you at once.

I assume you have to talk to Ralph, so go ahead unless you want to wait for the engagement letters.

Get Outlook for Android

---

**From:** Jeremy Pitcock <jlpenterpriseholdings@gmail.com>
**Sent:** Wednesday, March 2, 2022 3:12:15 PM
**To:** Raskin, Mark (US) <mark.raskin@us.kwm.com>
**Subject:** Checking in

Hey Mark,

How are you doing with the engagement letters? Do you need me to talk to Laina or Ralph about the funding for the Chinese cases? Happy to assist to get things going.

Best regards,

Jeremy

This e-mail is from King & Wood Mallesons LLP, a New York Limited Liability Partnership. This email and any attachment is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify King & Wood Mallesons LLP immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

Disclaimer: King & Wood Mallesons refers to the network of firms that are members of the King & Wood Mallesons network. See www.kwm.com for more information. Legal services are provided independently by each of the separate member firms. The term "partner" refers to any individual who is a member of any King & Wood Mallesons entity or an employee or consultant with equivalent standing and qualifications. No member firm nor any of its partners, consultants or employees acts as agent for any other member firm or any of its partners, consultants or employees. No individual partner, consultant, or employee in any member firm has authority to bind any other member firm.

# Exhibit 8

| | |
|---|---|
| **From:** | Bradley D. Liddle |
| **To:** | Raskin, Mark (US) |
| **Subject:** | Re: LED Wafer Solutions |
| **Date:** | Wednesday, March 9, 2022 9:18:20 AM |
| **Attachments:** | image001.png |
| | 2022.3.9_LED Wafer Solutions_CoCounselAgreement_KWM.doc |

Hi Mark – please see attached.  I used the prior co-counsel agreement and simply changed the names of the firm.  Let me know if we need to discuss.  This is all subject to client approval of course.

Thanks,
Brad

--

**From:** Raskin, Mark (US) <mark.raskin@us.kwm.com>
**Date:** Monday, March 7, 2022 at 9:25 AM
**To:** Bradley D. Liddle <bliddle@carterarnett.com>
**Subject:** RE: LED Wafer Solutions

Hi Brad,

Yes, I should have everything for the china case(s) set tomorrow/this week.

I thought you were going to send me an engagement letter with the terms you used with Robinson?

-Mark

**Mark Raskin| Partner**
**King & Wood Mallesons**

**D** +1 347 926 7575
**M** +1 646 484 9791
**F** +1 917 591 8167
**E** mark.raskin@us.kwm.com
PROFILE

500 Fifth Avenue, 50th Floor, New York, NY 10110
kwm.com

**From:** Bradley D. Liddle <bliddle@carterarnett.com>
**Sent:** Wednesday, March 2, 2022 5:26 PM
**To:** Raskin, Mark (US) <mark.raskin@us.kwm.com>
**Subject:** Re: LED Wafer Solutions

Hi Mark – I spoke with Jeremy and sounds like things are moving forward.  Let me know if you need anything.

Thanks,
Brad

--

---

**From:** Raskin, Mark (US) <mark.raskin@us.kwm.com>
**Date:** Wednesday, February 23, 2022 at 10:57 AM
**To:** Bradley D. Liddle <bliddle@carterarnett.com>
**Subject:** RE: LED Wafer Solutions

Hi Brad,

We are good to go.  Do you need anything else from me?

Do you want to send me the same engagement letter?

Thanks.

-Mark

**Mark Raskin| Partner**
**King & Wood Mallesons**

**D** +1 347 926 7575
**M** +1 646 484 9791
**F** +1 917 591 8167
**E** mark.raskin@us.kwm.com
**PROFILE**

500 Fifth Avenue, 50th Floor, New York, NY 10110
kwm.com

---

**From:** Bradley D. Liddle <bliddle@carterarnett.com>
**Sent:** Saturday, February 12, 2022 8:35 AM
**To:** Raskin, Mark (US) <mark.raskin@us.kwm.com>
**Subject:** LED Wafer Solutions

Mark – see attached.  Per our discussion, this is the co-counsel agreement that we executed with PH.  What other info do you need?



**Bradley D. Liddle | Partner**
bliddle@carterarnett.com
D: 214.431.4990
F: 214.550.8185
www.carterarnett.com

8150 N. Central Expressway, Suite 500, Dallas, Texas 75206

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you have received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

This e-mail is from King & Wood Mallesons LLP, a New York Limited Liability Partnership. This email and any attachment is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify King & Wood Mallesons LLP immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

Disclaimer: King & Wood Mallesons refers to the network of firms that are members of the King & Wood Mallesons network. See **www.kwm.com** for more information. Legal services are provided independently by each of the separate member firms. The term "partner" refers to any individual who is a member of any King & Wood Mallesons entity or an employee or consultant with equivalent standing and qualifications. No member firm nor any of its partners, consultants or employees acts as agent for any other member firm or any of its partners, consultants or employees. No individual partner, consultant, or employee in any member firm has authority to bind any other member firm.

# Exhibit 9

(Fully Redacted)

# Exhibit 10

(Fully Redacted)

# Exhibit 11

| | |
|---|---|
| **From:** | Bradley D. Liddle |
| **To:** | Raskin, Mark (US) |
| **Subject:** | Re: Engagement -- LWS |
| **Date:** | Friday, March 18, 2022 3:09:54 PM |
| **Attachments:** | image001.png |
| | 2022.3.9_LED Wafer Solutions_CoCounselAgreement_KWM.pdf |

Mark – thanks!  see attached fully executed agreement.  I'm around this afternoon. 281-723-0430.

--

**From:** Raskin, Mark (US) <mark.raskin@us.kwm.com>
**Date:** Friday, March 18, 2022 at 11:37 AM
**To:** Bradley D. Liddle <bliddle@carterarnett.com>
**Subject:** RE: Engagement -- LWS

Here you go!

I'll give you a call this afternoon if you're around.

-mark

**Mark Raskin | Partner**
**King & Wood Mallesons**

**D** +1 347 926 7575
**M** +1 646 484 9791
**F** +1 917 591 8167
**E** mark.raskin@us.kwm.com
PROFILE

500 Fifth Avenue, 50th Floor, New York, NY 10110
kwm.com

**From:** Bradley D. Liddle <bliddle@carterarnett.com>
**Sent:** Friday, March 18, 2022 12:09 PM
**To:** Raskin, Mark (US) <mark.raskin@us.kwm.com>
**Subject:** Re: Engagement -- LWS

Hey Mark – Please execute the one that I sent. I will the countersign.

Also, if you want to discuss anything, I'm working at home today.  281-723-0430.

Best,
Brad

--

**From:** Raskin, Mark (US) <mark.raskin@us.kwm.com>
**Date:** Friday, March 18, 2022 at 11:08 AM
**To:** Bradley D. Liddle <bliddle@carterarnett.com>
**Subject:** RE: Engagement -- LWS

HI Brad,

Are we getting a "final" version of the engagement letter for the TX matter, or should I execute the one you sent me?

I need one to have accounting open the matter.

Thanks.

-Mark

**Mark Raskin | Partner**
**King & Wood Mallesons**

**D** +1 347 926 7575
**M** +1 646 484 9791
**F** +1 917 591 8167
**E** mark.raskin@us.kwm.com
PROFILE

500 Fifth Avenue, 50th Floor, New York, NY 10110
kwm.com

---

**From:** Bradley D. Liddle <bliddle@carterarnett.com>
**Sent:** Thursday, March 17, 2022 5:57 PM
**To:** Raskin, Mark (US) <mark.raskin@us.kwm.com>; Jeremy Pitcock <ledwafersolutions@gmail.com>; Ni, Ben (CN) <ben.ni@cn.kwm.com>
**Subject:** Re: Engagement -- LWS

Mark / Ben – Looking forward to it as well.  A couple of things:

1. What is a good day / time for a weekly call?  I think Jeremy and I would prefer morning US time.  Let me know what works on your end.
2. I am compiling information that we have prepared on the US case and will send a shared drive with that information by end of week.

Best Regards,



**Bradley D. Liddle | Partner**
bliddle@carterarnett.com
D: 214.431.4990
F: 214.550.8185
www.carterarnett.com

8150 N. Central Expressway, Suite 500, Dallas, Texas 75206

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you have received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

---

**From:** Raskin, Mark (US) <mark.raskin@us.kwm.com>
**Date:** Thursday, March 17, 2022 at 12:37 PM
**To:** Jeremy Pitcock <ledwafersolutions@gmail.com>, Ni, Ben (CN) <ben.ni@cn.kwm.com>, Bradley D. Liddle <bliddle@carterarnett.com>
**Subject:** RE: Engagement -- LWS

This is awesome.  Can't wait to work you both on this.

-Mark

**Mark Raskin| Partner**
**King & Wood Mallesons**

**D** +1 347 926 7575
**M** +1 646 484 9791
**F** +1 917 591 8167
**E** mark.raskin@us.kwm.com
PROFILE

500 Fifth Avenue, 50th Floor, New York, NY 10110
kwm.com

---

**From:** Jeremy Pitcock <ledwafersolutions@gmail.com>
**Sent:** Thursday, March 17, 2022 11:49 AM
**To:** Raskin, Mark (US) <mark.raskin@us.kwm.com>; Ni, Ben (CN) <ben.ni@cn.kwm.com>; Bradley D. Liddle <bliddle@carterarnett.com>
**Subject:** Engagement -- LWS

Dear Mark,

Brad, myself and the funder all have approved of your engagement on the LED Wafer matter. You may have noticed we just won denial of institution of 5 of 7 IPRs on the merits so it is a good time to become a member of the team.

We should set up a weekly call that involves China, probably in the mornings. I have instructed Brad to send everything on the US counterpart to the Chinese patent to Ben, as per our discussions last night.

We look forward to working with you.

Best regards,

Jeremy

This e-mail is from King & Wood Mallesons LLP, a New York Limited Liability Partnership. This email and any attachment is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify King & Wood Mallesons LLP immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

Disclaimer: King & Wood Mallesons refers to the network of firms that are members of the King & Wood Mallesons network. See www.kwm.com for more information. Legal services are provided independently by each of the separate member firms. The term "partner" refers to any individual who is a member of any King & Wood Mallesons entity or an employee or consultant with equivalent standing and qualifications. No member firm nor any of its partners, consultants or employees acts as agent for any other member firm or any of its partners, consultants or employees. No individual partner, consultant, or employee in any member firm has authority to bind any other member firm.

# Exhibit 12

(Fully Redacted)

# Exhibit 13

 Outlook

---

**LED Wafer Proposal**

---

**From** Mark Raskin <MRaskin@fitcheven.com>

**Date** Fri 7/19/2024 4:19 PM

**To** Jeremy Pitcock <ledwafersolutions@gmail.com>

**Cc** Robert Whitman <RWhitman@fitcheven.com>

📎 1 attachment (2 MB)

Fitch Even Materials Prepared for LED Wafer Solutions LLC 07 19 24.pdf;

Hi Jeremy,

Attached is the proposal we discussed for LED Wafer.  We included a phased budget so you can better see where we think the spends will be (we generally do this with all our budgets).

I've copied Bob here so you have his contact information too.

Bob and I have also been reviewing the docket for Correct Transmission.

Let us know if you (or Ralph) have any questions about this, or we can just discuss early next week like we planned.

Have a great weekend.

-Mark

# Exhibit 14

(Un-redacted original filed under seal.)





**Prepared for**

**LED Wafer Solutions LLC**

**July 19, 2024**

**Fitch, Even, Tabin & Flannery LLP**

Intellectual Property Law | *Est. 1859*

Proprietary and confidential. Please do not copy or distribute without prior written permission.
© 2024 Fitch, Even, Tabin & Flannery LLP. All Rights Reserved.



## FIRM OVERVIEW

Founded in 1859, Fitch, Even, Tabin & Flannery LLP is Chicago's oldest law firm in continuous practice. Today Fitch Even is a national leader in the field of intellectual property law, with offices across the United States. By focusing principally on intellectual property, Fitch Even offers clients the high level of technical competence and legal skills needed in this increasingly complex area of the law, along with a tradition of providing outstanding, personalized client service. Fitch Even has approximately 100 attorneys and professional staff members.

The development and protection of any innovation demands meticulous attention at each stage in its life cycle. At Fitch Even, we provide that attention through a unique combination of technical understanding, business savvy, and legal depth. Recognizing that intellectual property is at the very heart of a company's business plan, we work with clients to tailor their individual strategies to the real-world needs of their specific products and services in the marketplace. We offer a full range of services to help clients leverage their IP by developing strategic licensing, investment, and other business relationships important to diversification and growth.

Fitch Even litigators have extensive experience handling IP and related commercial disputes in the courtroom and have a proven track record for delivering outstanding returns on the litigation investment. We leverage insights drawn from our dynamic IP litigation practice to help our clients build and defend strong IP portfolios that are respected by competitors and stand up to challenges in court or administrative proceedings. Fitch Even also has a long history of experience in handling every type of post-issuance patent proceeding in the USPTO, including numerous reissues, reexaminations, and inter partes reviews. Our attorneys have an in-depth understanding of the substantive and procedural requirements unique to these proceedings.

*Chambers USA* has recognized Fitch Even as having a "strong reputation for work in contentious and noncontentious patent matters" and "substantial experience handling post-grant, reexamination, and *inter partes* review at the USPTO."

Fitch Even attorneys have the skills and insight to effectively guide our clients' interests throughout the entire IP life cycle—from initial development through successful monetization, avoidance of competitor's rights, and, if necessary, enforcement or defense in the courtroom or in an *inter partes* review or other post-grant proceeding at the USPTO.

Further information on Fitch Even's background, services, and capabilities can be found at www.fitcheven.com.



## PROPOSED TEAM

Our philosophy is to staff projects with relatively small, talented teams dedicated to the work. From experience, we know that our attorneys work well in smaller groups, which naturally results in high-quality work product at an excellent value to our clients.



**Mark Raskin**
Partner

Mark's practice focuses on intellectual property litigation and licensing matters. He has successfully litigated disputes regarding patent, trademark, trade secret, and copyright matters. Mark provides strategic counsel to clients on protecting and monetizing their intellectual property, from patent and trade secret licensing to trademark and copyright management.

His litigation experience is extensive, having worked on high-stakes cases for some of the world's most respected companies. He has experience litigating matters in district courts and before the International Trade Commission (ITC), dealing with a wide range of technologies such as medical and analytical devices, chemical and pharmaceutical compositions, consumer electronics, and software and hardware for computers and video game, as well as telecommunications and internet-related technologies. Read more.

- J.D., The George Washington University Law School, 2000, *with honors*
- M.A., Biology, Washington University, 1997
- B.A., Biology, Washington University, 1995



**Bob Whitman**
Partner

Bob is an accomplished patent litigator with over 30 years of experience. Bob also provides strategic counsel on intellectual property matters such as licensing, portfolio management, patent reissues, *inter partes* reviews (IPRs), and the acquisition and utilization of intellectual property rights.

He has served as first chair in intellectual property litigation in U.S. District Courts, arbitration, and mediation, as well as before the International Trade Commission (ITC) and the U.S. Patent Trial and Appeal Board. Read more.

- J.D., Seton Hall Law School, 1991, *magna cum laude*
- B.S., Electrical Engineering, Rutgers University, 1988



**Mark Hetzler**
Partner

Mark is the Managing Partner at Fitch Even. He is a seasoned intellectual property attorney with over 20 years of experience, specializing in complex litigation, IP portfolio management, and post-grant proceedings at the U.S. Patent and Trademark Office. He has a strong track record of successfully representing clients in a variety of IP disputes, including patent, copyright, and trademark cases, across district courts and appellate courts, as well as in corporate IP strategy and transactional matters. Read more.

- J.D., Loyola University of Chicago School of Law, 1993
- B.S., Mechanical Engineering, Northwestern University, 1989, *with distinction*



**Mark Borsos**
Partner

Mark is an intellectual property attorney with a wide range of skills that serve a diverse clientele, from individual entrepreneurs to large corporations. He has extensive experience in patent litigation, covering various stages from discovery to trial, and works effectively as part of both large and small legal teams.

He specializes in handling post-grant patent proceedings before the U.S. Patent and Trademark Office, such as reissue, reexamination, and *inter partes* review. Mark leverages these post-grant proceedings to support his clients' litigation strategies, both offensively and defensively. Read more.

- J.D., University of Michigan Law School, 2002
- B.S., Biology, University of Michigan, 1999



**Nick Peters**
Partner

Nick is a former law clerk to a Federal Court judge and has comprehensive experience in all phases of litigation ranging from initial due diligence investigations through discovery, trial, and post-trial motions. Nick also has extensive experience in patent licensing and monetization, analyzing SEP and FRAND issues, and coordinating multi-national litigation campaigns. Read more.

- J.D., Loyola University Chicago School of Law, 2003, *cum laude*
- M.S., Physics, Vanderbilt University, 2000
- B.S., Mathematics and Engineering Science, Vanderbilt University, 1998, *magna cum laude*

FITCH EVEN



**Jon Birmingham**
Partner

Jon is an experienced patent attorney and litigator. He has a track record of creating strategic protections for high-value products. For over 20 years, Jon has represented a diverse range of clients, including Fortune 500 and smaller companies, in IP litigation, providing opinions, and prosecuting patents, especially in design protection. His litigation experience spans a variety of technologies such as electronic medical devices, fluid systems, printing technology, software, and automotive parts. Read more.

- J.D., University of Illinois College of Law, 2000, *cum laude*
- B.S., Mechanical Engineering, Northwestern University, 1997



**Karen Wang**
Partner

Karen is an IP attorney with a specialized background in electrical engineering, enabling her to adeptly handle patent-related legal matters for a wide range of technology sectors, from individual inventors to multinational corporations. Her experience includes working in Silicon Valley's IP law sphere and collaborating with international clients on global patent issues, with proficiency in Mandarin Chinese and Taiwanese. Read more.

- J.D., University of Texas School of Law, 2007
- B.S., Electrical Engineering, University of Illinois at Urbana-Champaign, 2004



**Mary Fetsco**
Associate

Mary is a litigation associate. Her experience includes brand enforcement and trademark infringement litigation, as well as patent licensing and infringement litigation. Mary supports the team members in all aspects of discovery, brief writing, and motion practice. Mary also assists with activities such as depositions and court hearings and preparation of expert reports. Read more.

- J.D., DePaul University, 2013
- B.S., Computer Science Engineering, Michigan State University, 2009

**FITCH**EVEN



**Zach Van Engen**
Associate

Zach is a patent attorney with a background in electrical engineering with hands-on experience involving the design of control systems for industrial facilities and the enhancement of semi-truck cab suspension manufacturing. His technical knowledge aids in his legal practice for clients in various high-tech industries. Read more.

- J.D., Chicago-Kent College of Law, 2019, *magna cum laude*
- B.S., Electrical Engineering, Dordt University, 2016
- B.A., Physics, Dordt University, 2016



**Alvaro Cure Dominguez**
Associate

Alvaro is a litigation associate. Alvaro supports activities such as legal research, written discovery, document productions and review, deposition preparation, and discovery motion practice. Read more.

- J.D. Northwestern University Pritzker School of Law, 2022, *cum laude*
- M.S., Biological Sciences, Fordham Graduate School of Arts and Sciences, 2010
- B.S., Biochemistry, Hartwick College, 2006



**Jennifer Soerensen**
Patent Agent

Jennifer is a skilled patent agent who regularly assists in litigation support roles. Jennifer supports activities such as prior art analysis, invalidity contention preparation, and document review, among others. Read more.

- M.A., Philosophy, Loyola Marymount University, 2012
- B.S., Philosophy, Gordon College, 2009, *summa cum laude*
- B.S., Biology, Gordon College, 2009, *summa cum laude*



## HOURLY RATES FOR TEAM MEMBERS[1]

| NAME | TITLE | HOURLY RATES |
|------|-------|--------------|
| Mark Raskin | Partner | Redacted |
| Bob Whitman | Partner | |
| Nick Peters | Partner | |
| Mark Hetzler | Partner | |
| Mark Borsos | Partner | |
| Jon Birmingham | Partner | |
| Karen Wang | Partner | |
| Mary Fetsco | Associate | |
| Zach Van Engen | Associate | |
| Alvaro Cure Dominguez | Associate | |
| Jennifer Soerensen | Patent Agent | |

## ESTIMATED BUDGET

| ESTIMATED BUDGET BY PHASE | | |
|---------------------------|------|----------|
| **Phase** | **Fees** | **Expenses** |
| Amending Complaint (if nec.), Initial Pleadings/Motion Practice (Q1–2) | Redacted | |
| Fact Discovery / Fact Depositions (Q3-Q5) | | |
| Claim Construction (Q3/4) | | |
| Expert Discovery / Expert Reports (Q5–7) | | |
| Dispositive Motion Practice (Q8) | | |
| Trial Preparation (Q9) | | |
| Trial/Post Trial (Q10) | | |
| **Total** | | |
| **Total (Fees Discounted)** | | |

---

[1] This is a list of Fitch Even's litigation resources. The team for the matter will be comprised of a subset.

# Exhibit 15

Outlook

---

**Re: LED Wafer Proposal**

---

**From** Mark Raskin <MRaskin@fitcheven.com>

**Date** Tue 7/23/2024 1:11 PM

**To** Jeremy Pitcock <ledwafersolutions@gmail.com>

**Cc** Robert Whitman <RWhitman@fitcheven.com>

---

📎 1 attachment (38 KB)

2024 07 23 LED Wafer Solutions RETENTION AGREEMENT (Draft - Final).docx;

Hi Jeremy,

You're probably still reviewing the proposal, but I wanted to send over a draft engagement agreement for your consideration.

Let us know if you have any questions or want to discuss anything.

I saw that the status report was submitted yesterday and that the court granted CA's motion to withdraw.

Thanks.

-Mark

---

**From:** Mark Raskin <MRaskin@fitcheven.com>
**Sent:** Friday, July 19, 2024 4:19 PM
**To:** Jeremy Pitcock <ledwafersolutions@gmail.com>
**Cc:** Robert Whitman <RWhitman@fitcheven.com>
**Subject:** LED Wafer Proposal

Hi Jeremy,

Attached is the proposal we discussed for LED Wafer. We included a phased budget so you can better see where we think the spends will be (we generally do this with all our budgets).

I've copied Bob here so you have his contact information too.

Bob and I have also been reviewing the docket for Correct Transmission.

Let us know if you (or Ralph) have any questions about this, or we can just discuss early next week like we planned.

Have a great weekend.

-Mark

# Exhibit 16

(Fully Redacted)

# Exhibit 17

 Outlook

**Revised engagement agreement per our discussion**

**From** Mark Raskin <MRaskin@fitcheven.com>

**Date** Fri 8/30/2024 11:11 AM

**To** Jeremy Pitcock <ledwafersolutions@gmail.com>

📎 1 attachment (33 KB)

2024 08 30 LED Wafer Solutions RETENTION AGREEMENT (Draft - Final).docx;

Hi Jeremy,

Attached is a revised draft engagement agreement based solely on hourly fees. If this is acceptable, let me know and I'll have my MP execute it.

As we discussed, we can revert back to a hybrid version once we've decided how you want to proceed.

Feel free to call with any questions or comments. I'm around all day/weekend.

- Mark

Mark S. Raskin  |  Partner*

FITCH EVEN

Fitch, Even, Tabin & Flannery LLP

120 South LaSalle Street, Suite 2100  |  Chicago, Illinois  60603

P 646.942.7886  |  F 312.577.7007

mraskin@fitcheven.com  |  www.fitcheven.com

* Only licensed to practice law by the State of New York.

# Exhibit 18

(Fully Redacted)

# Exhibit 19

Outlook

---

**Re: Revised engagement agreement per our discussion**

---

**From** Jeremy Pitcock <ledwafersolutions@gmail.com>

**Date** Mon 9/9/2024 9:44 AM

**To** Mark Raskin <MRaskin@fitcheven.com>

📎 1 attachment (195 KB)

2024 08 30 LED Wafer Solutions RETENTION AGREEMENT Execution.pdf;

Dear Mark,

Please find attached the signed engagement letter. Sorry for the delay, I noticed an error.

Best regards,

Jeremy

On Fri, Sep 6, 2024 at 10:12 AM Mark Raskin <MRaskin@fitcheven.com> wrote:

Hi Jeremy,

For your records and reference, attached is the firm's W-9 and below is its wire instructions:

**Wire Transfer Instructions:**

PNC Bank, N.A.

249 Fifth Avenue

Pittsburgh, PA 15222

*Bank Routing Number:*

PNCCUS33 (Swift Code)

071921891 (ACH)

041000124 (Wire)

*For credit to Account Number:*

4628454276

*For the benefit of:*

Fitch Even Tabin & Flannery, LLP IOLTA CLIENT TRT FND

Let me know if you have any questions or need anything else.

- Mark

---

**From:** Mark Raskin
**Sent:** Friday, August 30, 2024 11:11 AM
**To:** Jeremy Pitcock <ledwafersolutions@gmail.com>
**Subject:** Revised engagement agreement per our discussion

Hi Jeremy,

Attached is a revised draft engagement agreement based solely on hourly fees.  If this is acceptable, let me know and I'll have my MP execute it.

As we discussed, we can revert back to a hybrid version once we've decided how you want to proceed.

Feel free to call with any questions or comments.  I'm around all day/weekend.

- Mark

Mark S. Raskin  |  Partner*

FITCH EVEN

Fitch, Even, Tabin & Flannery LLP

120 South LaSalle Street, Suite 2100  |  Chicago, Illinois  60603

P 646.942.7886  |  F 312.577.7007

mraskin@fitcheven.com  |  www.fitcheven.com

* Only licensed to practice law by the State of New York.

# Exhibit 20

(Fully Redacted)

# Exhibit 21

Outlook

**Transfer**

**From** Ralph Sutton <ralph@validityfinance.com>

**Date** Sat 11/2/2024 9:23 PM

**To** Mark Raskin <MRaskin@fitcheven.com>; David Clonts <dclonts@cadwellclontsreeder.com>

**Cc** Jeremy Pitcock <jlpenterpriseholdings@gmail.com>

Mark, could you share your research with David Clonts on the law regarding transfer back to ED Tex. We just want to confirm it's a negligible chance of success.

Many thanks.

Best, Ralph

Ralph J. Sutton
Chief Executive Officer
Validity Finance, LLC

M 646.644.8366

validityfinance.com

# Exhibit 22

 Outlook

---

**Re: LED Wafer**

---

**From** Jeremy Pitcock <ledwafersolutions@gmail.com>

**Date** Fri 1/17/2025 12:52 PM

**To** Mark Raskin <MRaskin@fitcheven.com>

**Cc** Ralph Sutton <ralph@validityfinance.com>

Mark,

Ralph is in California but we just spoke. We are going to try and wrap things up as soon as we can, but there are a number of factors that they need to consider. We are speaking again next Tuesday. I hope you are able to enjoy the holiday weekend.

Best regards,

Jeremy

On Fri, Jan 17, 2025 at 12:28 PM Mark Raskin <MRaskin@fitcheven.com> wrote:

Hi guys,

Hate to be a pest, but is there anything I can do to speed up the process of us getting paid (at least for September/October? I'm getting hammered by my MP.

If there is anything you need from me, just let me know.

Thanks.

- Mark

**Mark S. Raskin** | **Partner***

# FITCH EVEN

Fitch, Even, Tabin & Flannery LLP

120 South LaSalle Street, Suite 2100 | Chicago, Illinois 60603

P 646.942.7886 | F 312.577.7007

mraskin@fitcheven.com | www.fitcheven.com

* Only licensed to practice law by the State of New York.

# Exhibit 23

Outlook

---

**Re: LED Wafer**

---

**From**   Ralph Sutton <ralph@validityfinance.com>

**Date**   Mon 2/3/2025 8:00 PM

**To**   Mark Raskin <MRaskin@fitcheven.com>

**Cc**   Jeremy Pitcock <ledwafersolutions@gmail.com>; Robert Whitman <RWhitman@fitcheven.com>

Mark, we will put our minds together and come back to you in the next day or two.

Thanks for your patience. I understand the pressure.

Best, Ralph

Ralph J. Sutton
Chief Executive Officer
Validity Finance, LLC

On Feb 3, 2025, at 11:42 AM, Mark Raskin <MRaskin@fitcheven.com> wrote:

Hi guys,

I appreciate the calls last week.

Have you any more progress that I can report back to my MP regarding when we can expect at least some payment on the outstanding invoices?

Thanks.

- Mark

Mark S. Raskin  |  Partner*

FITCH EVEN

Fitch, Even, Tabin & Flannery LLP

120 South LaSalle Street, Suite 2100  |  Chicago, Illinois  60603

P 646.942.7886  |  F 312.577.7007

mraskin@fitcheven.com | www.fitcheven.com

* Only licensed to practice law by the State of New York.

This email was sent from outside Validity Finance. Please use caution when clicking links or opening attachments.

# Exhibit 24

 Outlook

---

**LED Wafer files**

---

**From** Moti Margalit <moti.margalit@gmail.com>

**Date** Tue 9/9/2025 3:20 PM

**To** Mark Raskin <MRaskin@fitcheven.com>

**Cc** Ryan Dykal <rdykal@bsfllp.com>

Hi Mark,

I understand you have not transferred the LED Wafer files to my new counsel--Ryan Dykal and Boies Schiller. Given the deadlines in this case, your failure to transfer those files continues to prejudice LED Wafer in our efforts to amend with our new counsel.

Our counsel needs those files NOW, including work product, discovery, pleadings, and any reverse engineering, etc.

I understand you have been communicating with Ryan about this issue.  Please electronically send the files by close of business to him and his firm, and LED Wafer will immediately pay the outstanding costs, which I understand are around $41,000.

I know there is an ongoing dispute over attorney's fees, but that is no basis to withhold these files.

I look forward to receiving confirmation the files are being forwarded. Upon counsel's receipt, we will then immediately have reimbursement for costs wired to your account.  Further, please forward wire instructions for where to send the payment

regards

Moti

# Exhibit 25

(Un-redacted original filed under seal.)

| | |
|---|---|
| **From:** | Mark Raskin |
| **To:** | Moti Margalit |
| **Cc:** | Ryan Dykal; Allen E. Hoover |
| **Subject:** | Re: LED Wafer files |
| **Date:** | Friday, September 12, 2025 3:39:37 PM |
| **Attachments:** | Fitch Even W-9 - W9.pdf |

Mr. Margalit,

Redacted

**Funds Transfer Instructions:**

Redacted

Redacted

**Bank Routing Number:**

Redacted

**For credit to Account Number:**

Redacted

**For the benefit of:**

Fitch Even Tabin & Flannery, LLP

Thank you in advance for your prompt attention to this matter.

- Mark

Mark S. Raskin  |  Partner*

## FITCH EVEN

Fitch, Even, Tabin & Flannery LLP

120 South LaSalle Street, Suite 2100  |  Chicago, Illinois  60603

P 646.942.7886  |  F 312.577.7007

mraskin@fitcheven.com  |  www.fitcheven.com

* Only licensed to practice law by the State of New York.

This email message, including any attachments, contains information from the law firm of **Fitch, Even, Tabin & Flannery LLP** that may be confidential and/or legally privileged. If you are not the intended recipient, please do not read, distribute or act on this message, but instead immediately notify the sender and delete all copies. In providing our services, unless otherwise agreed, we may use AI tools for automated processing of calls, meetings, correspondence, and other communications; for drafting emails, attachments, and other documents; and for other purposes.

---

**From:** Moti Margalit <moti.margalit@gmail.com>
**Sent:** Tuesday, September 9, 2025 3:19 PM
**To:** Mark Raskin <MRaskin@fitcheven.com>
**Cc:** Ryan Dykal <rdykal@bsfllp.com>
**Subject:** LED Wafer files

Hi Mark,
I understand you have not transferred the LED Wafer files to my new counsel--Ryan Dykal and Boies Schiller.  Given the deadlines in this case, your failure to transfer those files continues to prejudice LED Wafer in our efforts to amend with our new counsel.
Our counsel needs those files NOW, including work product, discovery, pleadings, and any reverse engineering, etc.

I understand you have been communicating with Ryan about this issue.  Please electronically send the files by close of business to him and his firm, and LED Wafer will immediately pay the outstanding costs, which I understand are around $41,000.

I know there is an ongoing dispute over attorney's fees, but that is no basis to withhold these files.

I look forward to receiving confirmation the files are being forwarded. Upon counsel's receipt, we will then immediately have reimbursement for costs wired to your account.  Further, please forward wire instructions for where to send the payment

regards

Moti