# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FITCH, EVEN TABIN & FLANNERY LLP ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LED WAFER SOLUTIONS LLC AND RALPH ) <br> SUTTON, ) <br> ) <br> Defendants. ) | Case No. 25-cv-11666 <br><br> Judge Steven C. Seeger <br><br> Magistrate Judge Jeannice W. Appenteng |

## **MOTION TO SUSPEND DEADLINES**

NOW COMES Plaintiff, Fitch, Even, Tabin & Flannery LLP ("Fitch Even"), by its attorneys, Richard B. Polony and Terrence P. McAvoy of HINSHAW & CULBERTSON LLP, and for this Motion to Suspend Deadlines, states as follows:

1. We are happy to report that the parties have reached an agreement as to the material terms of a settlement, subject to reducing these terms to a written agreement.

2. An initial draft of a settlement agreement has been circulated and the parties are reviewing and commenting on the same. Due to the complex nature the settlement and the fact that one of the individual involved in the settlement negotiations will be travelling abroad next week, Fitch Even is filing this motion to both advise the Court of the status and to request until November 17, 2025 to advise the Court as to the completion and execution of the settlement agreement.

WHEREFORE, Fitch, Even, Tabin & Flannery LLP respectfully requests that this Court grant its Motion to Suspend deadlines and setting November 17, 2025, as a date for settlement status and for any further relief this Court deems just.

Respectfully submitted,

/s/ *Richard B. Polony*

Peter D. Sullivan
Richard B. Polony
Terrence P. McAvoy
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60601
Telephone: (312) 704-3000
Facsimile: (312) 704-3001
psullivan@hinshawlaw.com
rpolony@hinshawlaw.com
tmcavoy@hinshawlaw.com

*Attorneys for Plaintiff*
Fitch, Even, Tabin & Flannery LLP